IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| GLENN SEXTON, | ) | CIVIL NO. 1:24-cv-188 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | DECLARATION OF GLENN SEXTON |
| | ) | |
| XEROX CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

## DECLARATION OF GLENN SEXTON

GLENN SEXTON, hereby declares:

1. I am the plaintiff in the above-referenced civil action, and am competent to testify as to the matters set forth herein, which are based on my personal knowledge.

2. I did not read the contents of Exhibit "A" to "Defendant's Motion To Stay Plaintiff's Case And To Compel Arbitration," filed July 8, 2024 ("Motion"). I did not see Exhibit "A" nor did I read Exhibit "A" until after this action was initiated.

3. I was never notified by anyone at Xerox between April 14, 2023, and May 15, 2023, nor at any other time during my employment with Xerox, to open and read Exhibit "A" and to thereafter follow up with any subordinates about "acknowledging the agreement," contrary to what is stated in Exhibit "A."

4. I never received any "weekly reports from Learning@Xerox with a status" of my "direct reports' training progress . . . as well as any overdue assignments," contrary to what is stated in Exhibit "A."

5. I never signed up for, or attended a briefing session, and was never asked to do so, contrary to what is indicated in Exhibit "A."

6. After April 14, 2023, I was never asked by my superiors to sign up for and attend a briefing session, nor was I asked to follow up with any of my subordinates about their training progress, any overdue assignments, and "acknowledging the agreement."

7. As to Exhibit "C" to the Motion, I did not click on the "1. Click here to read the MAA" hyperlink, and therefore, I never saw the Mutual Arbitration Agreement ("MAA") while I was employed at Xerox, and I did not read the MAA while I was employed at Xerox. The first time I saw the MAA was after this civil action was initiated on or about April 25, 2024.

8. During my employment with Xerox, there was no negotiation of any of the terms of the MAA, and there was no mutual acceptance of the terms of the MAA.

9. My practice was to have my administrative assistant review emails sent to my Xerox email address. I do not recall whether I personally opened Exhibit "C" to the Motion. I was generally aware that Xerox was trying to impose an

arbitration agreement, but I did not believe that Xerox could do that without obtaining an agreement first. I knew that it was Xerox's practice to follow up when it really wanted something accomplished. No one followed up with me throughout my employment at Xerox about Exhibit "C" or about the MAA.

10. I did not see nor read Exhibit "J" to the Motion and was unaware of any "follow up" email sent to me on account of my not completing the MAA acknowledgment in the learning module on GEMS.

11. During the latter period of my employment at Xerox, the IT and HR departments were increasingly outsourced and were known to be frequently inaccurate. I used to receive erroneous reports that a subordinate did not do their assigned training on GEMS. I had to routinely tell employees to take screen shots of their completed assignments and even then, those were often rejected.

12. I reviewed the declarations of Jahmin Morgan and Ajdin Mahmutspahic and Exhibit "L" to the Motion. I do not recall going on GEMS and accessing the MAA23 - Mandatory Training Module. I did not read the contents of Exhibit "L" at any time while I was employed at Xerox.

13. During my employment at Xerox, I was not approached by any of my superiors and asked to read and understand the MAA and to acknowledge that I had done so. There was no discussion or communication with me to inquire whether I

understood that my continued employment at Xerox after May 15, 2023, meant that I agreed to the terms of the MAA, which I never saw or read.

    I, GLENN SEXTON, do declare and affirm under penalty of perjury that the statements made herein are true and correct to the best of my knowledge, information, and belief.

    DATED:   Honolulu, Hawaii   July 22, 2024

_____
GLENN SEXTON