IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| GLENN SEXTON, | ) | CIVIL NO. 1:24-cv-188 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | DECLARATION OF CARL H. |
| | ) | OSAKI; EXHIBIT "1" |
| XEROX CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

DECLARATION OF CARL H. OSAKI

CARL H. OSAKI, hereby declares:

1. I am the attorney for Plaintiff Glenn Sexton in the above-referenced civil action, and am competent to testify as to the matters set forth herein, which are based on my personal knowledge.

2. Attached as Exhibit "1" is a true and correct copy of a letter dated May 10, 2024, which I received from Jeffrey J. Harradine of the Office of the General Counsel of Xerox Corporation, and its attachments.

I, CARL H. OSAKI, do declare and affirm under penalty of perjury that the statements made herein are true and correct to the best of my knowledge, information, and belief.

DATED:   Honolulu, Hawaii   July 24, 2024

/s/ Carl H. Osaki
CARL H. OSAKI