```
                IN THE UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF HAWAII

GLENN SEXTON,                    )    CIVIL NO. 1:24-cv-188
                                 )
          Plaintiff,             )
                                 )    CERTIFICATE OF SERVICE
     vs.                         )
                                 )
XEROX CORPORATION,               )
                                 )
          Defendants.            )
_____)
```

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on the date noted below, a true and correct copy of the foregoing document was served on the following at their last known addresses via the CM/ECF system:

```
          CHARLES A. PRICE
          707 Richards Street, Suite 610
          Honolulu, HI 96813

          cprice@kishibalaw.com

          Attorneys for Plaintiff
          XEROX CORPORATION
```

DATED:  Honolulu, Hawaii        July 24, 2024.

```
                         /s/ Carl H. Osaki
                         CARL H. OSAKI
                         Attorney for Plaintiff
                         GLENN SEXTON
```